AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Inman. Dennis H. | Eastern District of Tennessee | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge. full time | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

James H. Quillen U.S.Courthous
220 West Depot St.. Suite 306
Greeneville. Tennessee 37743

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (uncompensated and no personal control of assets) | Boys and Girls Club. Morristown, Inc. |
| 2. | Trustee (uncompensated) | Trust #1 (See Section VII. Lines 110-167) |
| 3. | Trustee (uncompensated) | Boys & Girls Club Foundation of Morristown, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2013 | State of Tennesssee Retirement Benefit | $20.400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Inman, Dennis H.** | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Regions Bank, Morristown, TN checking acct | A | Interest | K | T | | | | | |
| 2.  Regions Bank, Morristown, Savings Acct | A | Interest | K | T | | | | | |
| 3.  Rental House, Hamblen County, Tenn | C | Rent | J | W | | | | | |
| 4.  MetLife Variable Annuity IRA - MetGrowth Strategies | | None | M | T | | | | | |
| 5.  Fidelity Adviser Series VII - mutual fund | A | Dividend | K | T | | | | | |
| 6.  MetLife Variable Annuity - MetGrowth Strateegies | | None | L | T | | | | | |
| 7.  MetLife Variable Annuity - Met Balanced Strategies | | None | M | T | | | | | |
| 8.  MetLife Vari. Annuity IRA - Met Balanced Strategies | | None | M | T | | | | | |
| 9.  Wells Fargo Bank Money Mrkts | A | Interest | J | T | | | | | |
| 10. Wells Fargo Bank Money Mrkts | A | Interest | M | T | | | | | |
| 11. Fidelity Adviser Series VII mutual fund | C | Dividend | K | T | | | | | |
| 12. Mutual Fund: Amer. Fnds Balanced 529 | A | Dividend | L | T | | | | | |
| 13. Mutual Fund: Amer. Fnds Cap Inc Bldr 529 | A | Dividend | K | T | | | | | |
| 14. Mutual Fund: Amer. Fnds Fndmntl Inv 529 | A | Dividend | K | T | | | | | |
| 15. M/F: Amer Fnds Grwth Fnd of Amer 529 | A | Dividend | K | T | | | | | |
| 16. M/F: Amer Fnds Invstmnt Co of Amer 529 | A | Dividend | K | T | | | | | |
| 17. M/F: Amer. Fnds Cap Wrld Grwth 529 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent.<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy. sell.<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. M/F: Amer Fnds Small Cap Wrld Gwth 529 | A | Dividend | K | T | | | | | |
| 19. M/F: Amer. Fnds Mutual Invs. Fnd 529 | A | Dividend | K | T | | | | | |
| 20. AQR - Managed Futures Strategy | A | Dividend | J | T | Buy<br>(add'l) | 01/03/13 | J | | |
| 21. AQR - Managed Futures Strategy | A | Dividend | J | | Buy<br>(add'l) | 05/07/13 | J | | |
| 22. AQR - Managed Futures Strategy | A | Dividend | J | | Buy<br>(add'l) | 09/24/13 | J | | |
| 23. Goldman - Sachs Final Square | A | Dividend | J | T | Buy<br>(add'l) | 05/07/13 | J | | |
| 24. Goldman - Sachs Final Square | A | Dividend | J | | Buy<br>(add'l) | 06/18/13 | J | | |
| 25. Goldman - Sachs Final Square | A | Dividend | J | | Sold<br>(part) | 09/24/13 | J | A | |
| 26. Goldman - Sachs Final Square | A | Dividend | J | | Sold<br>(part) | 10/11/13 | J | A | |
| 27. Harbor Fund CAP Appreciation Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/03/13 | J | | |
| 28. Harbor Fund CAP Appreciation Fund | A | Dividend | K | | Buy<br>(add'l) | 05/07/13 | J | | |
| 29. Harbor Fund CAP Appreciation Fund | A | Dividend | K | | Buy<br>(add'l) | 09/24/13 | J | | |
| 30. Heartland Value Plus | A | Dividend | J | T | Buy<br>(add'l) | 01/03/13 | J | | |
| 31. Heartland Value Plus | A | Dividend | J | | Buy<br>(add'l) | 05/07/13 | J | | |
| 32. JP Morgan - Intrepid Value | A | Dividend | K | T | Buy<br>(add'l) | 01/03/13 | J | | |
| 33. JP Morgan - Intrepid Value | A | Dividend | K | | Buy<br>(add'l) | 05/07/13 | J | | |
| 34. JP Morgan - Intrepid Value | A | Dividend | K | | Buy<br>(add'l) | 09/24/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Neuberger Berman Alternative | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 36. Neuberger Berman Alternative | A | Dividend | J | | Buy | 06/18/13 | J | | |
| 37. Oppenheimer Dev Markets (ODVYX) | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 38. Oppenheimer Dev Markets (ODVYX) | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 39. Oppenheimer Dev Markets (ODVYX) | A | Dividend | J | | Buy (add'l) | 06/18/13 | J | | |
| 40. Oppenheimer Intl (OIBYX) | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 41. Oppenheimer Intl (OIBYX) | A | Dividend | | | Buy (add'l) | 05/07/13 | J | | |
| 42. Oppenheimer Intl (OIBYX) | A | Dividend | | | Buy (add'l) | 06/18/13 | J | | |
| 43. Oppenheimer Intl (OIBYX) | A | Dividend | | | Buy (add'l) | 09/24/13 | J | | |
| 44. Turner - Spectrum | A | Dividend | | | Sold | 06/17/13 | J | | |
| 45. Artio Global | A | Dividend | K | T | Buy (add'l) | 01/03/13 | J | | |
| 46. Artio Global | A | Dividend | K | | Buy (add'l) | 05/07/13 | J | | |
| 47. Artio Global | A | Dividend | K | | Buy (add'l) | 06/18/13 | J | | |
| 48. Artisan Mid Cap | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 49. Artisan Mid Cap | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 50. Cohen & Steers Rlty | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 51. Cohen & Steers Rlty | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cohen & Steers Rlty | A | Dividend | J | | Buy (add'l) | 06/18/13 | J | | |
| 53. Cohen & Steers Rlty | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 54. E/V Global Mrco Abslute | A | Dividend | J | T | Buy (add'l) | 06/18/13 | J | | |
| 55. E/V Global Mrco Abslute | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 56. Broadview (formerly FMI Fds Inc. Focus Fund) | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 57. Broadview (formerly FMI Fds Inc. Focus Fund) | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 58. John Hancock Global Abs Ret Str | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 59. John Hancock Global Abs Ret Str | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 60. John Hancock Global Abs Ret Str | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 61. Highland - PVXIS Long/Short Equity Fund | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 62. Highland - PVXIS Long/Short Equity Fund | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 63. Highland - PVXIS Long/Short Equity Fund | A | Dividend | J | | Buy (add'l) | 06/18/13 | J | | |
| 64. Mainstay - High Yield | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 65. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 66. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 67. Managers Bond Fund | A | Dividend | K | T | Buy (add'l) | 01/03/13 | J | | |
| 68. Managers Bond Fund | A | Dividend | K | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Managers Bond Fund | A | Dividend | K | | Buy (add'l) | 06/18/13 | J | | |
| 70. Managers Bond Fund | A | Dividend | K | | Buy (add'l) | 09/24/13 | J | | |
| 71. MFS Ser Emerging Market | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 72. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 73. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 06/18/13 | J | | |
| 74. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 75. Metropolitan Wst | A | Dividend | K | T | Buy (add'l) | 01/03/13 | J | | |
| 76. Metropolitan Wst | A | Dividend | K | | Buy (add'l) | 05/07/13 | J | | |
| 77. Metropolitan Wst | A | Dividend | K | | Buy (add'l) | 06/18/13 | J | | |
| 78. Metropolitan Wst | A | Dividend | K | | Buy (add'l) | 09/24/13 | J | | |
| 79. Pimpco - S Total Return | A | Dividend | K | T | Buy (add'l) | 01/03/13 | J | | |
| 80. Pimpco - S Total Return | A | Dividend | K | | Buy (add'l) | 05/07/13 | J | | |
| 81. Pimpco - S Total Return | A | Dividend | K | | Buy (add'l) | 06/18/13 | J | | |
| 82. Pimpco - S Total Return | A | Dividend | K | | Buy (add'l) | 09/24/13 | J | | |
| 83. Pimpco - Commodity Real Return | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 84. Pimpco - Commodity Real Return | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 85. Pimpco - Commodity Real Return | A | Dividend | J | | Buy (add'l) | 06/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimpco - Commodity Real Return | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 87. Thornburg Intl Value | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 88. Thornburg Intl Value | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 89. Thornburg Intl Value | A | Dividend | J | | Buy (add'l) | 06/18/13 | J | | |
| 90. Thornburg Invt | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 91. Thornburg Invt | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 92. Thornburg Invt | A | Dividend | J | | Buy (add'l) | 06/18/13 | J | | |
| 93. Thornburg Invt | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 94. Pioneer Oak Ridge | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 95. Pioneer Oak Ridge | A | Dividend | J | | Buy (add'l) | 05/07/13 | J | | |
| 96. Colgate Palmolive | D | Dividend | N | T | | | | | |
| 97. Duke Energy | A | Dividend | K | T | | | | | |
| 98. Fidelity Adv Health Care | A | Dividend | K | T | | | | | |
| 99. Johnson & Johnson | D | Dividend | O | T | | | | | |
| 100. Lowes Companies | A | Dividend | K | T | | | | | |
| 101. Nuveen Credit Strat Incm | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 102. Nuveen Equ Prem Opport | A | Dividend | | | Sold | 12/10/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pepco Holdings | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 104. Sourthern Company | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 105. Sysco Corporation | A | Dividend | J | T | Sold (part) | 12/10/13 | J | A | |
| 106. Hallsdale (Bond) - Powell Utillity Dist. Knox Co. TN Wtr/Swr | B | Interest | | | Redeemed | 04/01/13 | K | A | |
| 107. TN State (Bond) - Ser A General Obligation UNLTD B/E | A | Interest | K | T | | | | | |
| 108. Alcatel - Lucent ADR | | None | | | Redeemed | 12/23/13 | J | A | |
| 109. Lowes | A | Dividend | K | T | | | | | |
| 110. AQR Managed Future Strategy | A | Dividend | J | T | Buy (add'l) | 09/24/13 | J | | |
| 111. Broadview (formerly FMI Focus Fund) | A | Dividend | J | T | | | | | |
| 112. Goldman - Sachs TR FINL Square Treas | A | Dividend | J | T | Buy (add'l) | 06/18/13 | J | | |
| 113. Goldman - Sachs TR FINL Square Treas | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 114. Harbor - Appreciation | A | Dividend | J | T | Buy (add'l) | 09/13/13 | J | | |
| 115. Harbor - Appreciation | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 116. Heartland Value Plus | A | Dividend | J | T | | | | | |
| 117. JP Morgan - Intrepid Value | A | Dividend | J | T | Buy (add'l) | 09/24/13 | J | | |
| 118. Neuberger Berman | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 119. Oppenheimer - Dev Market | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Oppenheimer - International (Bond) | A | Dividend | J | T | Buy (add'l) | 06/18/13 | J | | |
| 121. Oppenheimer - International (Bond) | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 122. Turner - Spectrum | A | Dividend | | | Sold | 06/17/13 | J | | |
| 123. Artio Global Total Return | A | Dividend | K | T | Buy (add'l) | 06/18/13 | J | | |
| 124. Artisan Funds Midcap Value | A | Dividend | J | T | | | | | |
| 125. Cohen & Steers Rlty Shares | A | Dividend | J | T | Buy (add'l) | 09/24/13 | J | | |
| 126. Eaton/Vance Global MacroAbsolute Return | A | Dividend | J | T | Buy (add'l) | 06/18/13 | J | | |
| 127. Eaton/Vance Global MacroAbsolute Return | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 128. John Hancock Global Absolute Return | A | Dividend | J | T | Buy (add'l) | 09/24/13 | J | | |
| 129. Mainstay Hi Yield | A | Dividend | J | T | Buy (add'l) | 09/24/13 | J | | |
| 130. Managers Bond Fund | A | Dividend | K | T | Buy (add'l) | 09/24/13 | J | | |
| 131. MFS Ser Emerging Markets | A | Dividend | J | T | Buy (add'l) | 06/18/13 | J | | |
| 132. MFS Ser Emerging Markets | A | Dividend | J | | Buy (add'l) | 09/24/13 | J | | |
| 133. Metropolitan West | A | Dividend | K | T | Buy (add'l) | 06/18/13 | J | | |
| 134. Metropolitan West | A | Dividend | K | | Buy (add'l) | 09/24/13 | J | | |
| 135. Pimpco Total Return | A | Dividend | K | T | Buy (add'l) | 06/18/13 | J | | |
| 136. Pimpco Total Return | A | Dividend | K | | Buy (add'l) | 09/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Pyxis Long/Short Equity (Highland) | A | Dividend | J | T | Buy (add'l) | 06/18/13 | J | | |
| 138. Thornburg - International | C | Dividend | L | T | | | | | |
| 139. Thornburg - Investment | A | Dividend | J | T | | | | | |
| 140. Pioneer Oak Ridge | A | Dividend | J | T | | | | | |
| 141. Turner - Spectrum | A | Dividend | | | Sold | 06/17/13 | J | | |
| 142. Nuveen Equ Prem Oppor | A | Dividend | | | Sold | 12/10/13 | K | C | |
| 143. Knoxville TN Waste Water Sys Rev Impt Ser A | C | Interest | L | T | | | | | |
| 144. TN Housing Dev Agy Homeownership | B | Interest | K | T | | | | | |
| 145. Williamsn Co. TN School Dist. G/O UNLTD B/E | B | Interest | L | T | | | | | |
| 146. Colgate Palmolive | D | Dividend | N | T | | | | | |
| 147. Johnson & Johnson | D | Dividend | N | T | | | | | |
| 148. Sysco Corp | A | Dividend | J | T | Sold (part) | 12/10/13 | J | A | |
| 149. OneOk Partners | A | Dividend | N | T | | | | | |
| 150. MetLife Variable Annuity - AQR Global Risk Balanced | | None | K | T | | | | | |
| 151. MetLife Variable Annuity - Alliance Bernstein Global | | None | K | T | | | | | |
| 152. MetLife Variable Annuity - MetLife Balanced Plus | | None | K | T | | | | | |
| 153. MetLife Variable Annuity - BlackRock Global TCT Strat | | None | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Amer Balanced | A | Dividend | M | T | | | | | |
| 155. CBL & Assoc | A | Dividend | K | T | | | | | |
| 156. Delhaize Group | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 157. Du Pnt - Nemours & Co | C | Dividend | M | T | | | | | |
| 158. EuroPacific Growth | B | Dividend | M | T | | | | | |
| 159. Income Fund America | A | Dividend | L | T | | | | | |
| 160. Microsoft Corp | A | Dividend | K | T | | | | | |
| 161. New World Fund | A | Dividend | L | T | | | | | |
| 162. Wells Fargo Co | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 163. Werner Enterprises | B | Dividend | | | Sold | 12/10/13 | J | A | |
| 164. Knoxville TN Waste Water Sys Rev Impt Series A | C | Interest | L | T | | | | | |
| 165. Memphis TN Gen - Impt Ser A G/O Unltd | A | Interest | L | T | | | | | |
| 166. Met Govt Nashville & Davidson Co. TN H&E FACS Board | C | Interest | L | T | | | | | |
| 167. Tengasco | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following line items were reported in 2012 as being "Sold (part)" but were actually completely sold in 2012 therefore they are not reported in 2013: 28, 53, 68, 69, 71, 74, 78-79, 80, 83, 87-90, 91, 203, 217, 225, 227, 230, 233-237, 239-240, 242-243

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dennis H. Inman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544